IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTHONY CURTIS MATHIS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:12-CV-3502-L** |
| | § | |
| **DALLAS VA**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Anthony Curtis Mathis's ("Mathis" or "Plaintiff") Amended Complaint, filed September 11, 2012. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 11, 2013, recommending that Plaintiff's complaint be dismissed without prejudice for lack of jurisdiction. No objections to the Report were filed.

Having reviewed the complaint, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, this action is **dismissed without prejudice** for lack of jurisdiction.

**It is so ordered** this 29th day of January, 2013.

Sam A. Lindsay
United States District Judge

Order - Solo Page